USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**   H-10-  40
United States Courts
Southern District of Texas
FILED

HOUSTON DIVISION

No.

USAO Number:   2005R22241

Magistrate Number:

JAN 2 8 2010

**CRIMINAL INDICTMENT**   Filed   Clerk of Court   Judge: Lake

**UNITED STATES of AMERICA**

VS.

ATTORNEYS:

TIM JOHNSON, USA   (713) 567-9000

QUINCY OLLISON, AUSA   (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| JAMES EARL DUNN, JR. | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Seals of Departments of the United States [18 U.S.C. § 506 (a)(1)((2)].

PENALTY:   Ct. 1:  Imprisonment not to exceed 5 years and/or fine not to exceed $250,000.00.
Supervised Release - 1 year.  Special Assessment - $100.00

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: