UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 0 3 2010

Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Petitioner | § | |
| | § | |
| v. | § | CRIMINAL NO. H-10-040 |
| | § | |
| JAMES EARL DUNN, JR. | § | |
| Respondent | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE:

COMES NOW TIM JOHNSON, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that JAMES EARL DUNN, JR., now duly committed to the custody of the Federal Correctional Institution, El Reno, OK, is a defendant in the above-captioned case which will be called for the purpose of initial appearance and/or arraignment in the United States District Court for the Southern District of Texas, Houston, Division, on Date: Feb. 22, 2010, in Houston, Texas.

Petitioner further represents that the Federal Correctional Institution, El Reno, OK, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings

necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Bureau of Prisons, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on Date: Feb 22, 2010, so that he may be present in this cause at that time.

        Respectfully submitted,

        TIM JOHNSON
        UNITED STATES ATTORNEY

By:        Quincy L. Ollison
        Assistant United States Attorney
        P.O. Box 61129
        Houston, Texas 77208
        (713) 567-9000
        (713) 718-3305