HONORABLE NANCY K. JOHNSON, PRESIDING
DEPUTY CLERK: Linda Gonzales      ERO: ___✓___

INTERPRETER __NO__      USPO: _____

OPEN: _10:05_      ADJOURN: _10:07_

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
_1-22-10_

CR. No. _H-10-40_      DEFT No. _____      USDJ _____

UNITED STATES OF AMERICA

vs.

_JAMES EARL DUNN_

§
§
§
§
§
§
§

_Quincy Allison_ AUSA

_ANDRES SANCHEZ-ROSS_

## ARRAIGNMENT

☑ .... _____ Arraignment held. _____ Superseding Indictment _____ Information

☐ .... _____ Defts appearance with counsel.

☑ .... _____ Deft enters a plea of not guilty on _____ counts.

☐ .... _____ Waiver of Speedy Trial executed.

☐ .... _____ Waiver of Indictment.

☑ .... _____ Docket Control Order issued w/cc to parties _✓_ to be mailed ____ not issued

☐ .... _____ Bond continued.

☐ .... _____ Deft failed to appear, bench warrant to issue.

☑ .... _____ Deft REMANDED to the custody of the U.S. Marshal

☐ .... _____ Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS:

_____
_____
_____
_____