United States of America

vs.

James Earl Dunn Jr.

Case No. 4-10CR00040-001

Motion for Modification and Request for Public Law RRC Placement
RESPONSE TO GOVERNMENT'S OPPOSITION

DEFENDANT James Earl Dunn Jr. files this response to the government's (AUSA Quincy Ollison) opposition to the Motion for Modification and Request for Public Law RRC Placement. DEFENDANT Dunn requests to the HONORABLE JUDGE SIM LAKE for consideration of modification from 27 months of imprisonment to 21 months of imprisonment AND/OR for Public Law RRC Placement in accordance with the 3582 provision AND any/all other statutory provisions including disparities that allow for judicial review and/or discretionary authority per the United States Sentencing Commission and its sentencing guidelines. DEFENDANT Dunn also notes that the modification request or any part thereof would/will result in his remaining above his guideline range pursuit to the Pre-Sentencing Report prepared by the United States Probation Department and in accordance with the USSC guidelines.

DEFENDANT Dunn asserts that he has achieved "post sentencing rehabilitation" as documented by the Federal Bureau of Prisons Inmate History as well as the Inmate Skills Development System which is accessible to the U.S. Courts and the U.S. Probation Department contrary to AUSA Ollison's proclamations. AUSA Ollison states that "it is clear to this AUSA that defendant has not been rehabilitated in the least; rather, he is up to his old behavior of devising every common scheme or device he can to minimize the punishment he was given...............". DEFENDANT Dunn has NOT had any direct or indirect communications to AUSA Ollison or any other agent of the government OTHER than the Federal Bureau of Prisons and its officers who have documented that I have had "post sentencing rehabilitation." ALSO, DEFENDANT Dunn did not create a "device", per AUSA Ollison's statement, this Harris County Family Court Order which was effective for AUGUST, 2012 NEARLY A YEAR AGO. DEFENDANT Dunn also notes that he only now has filed any communications with the Court to allow for a few additional weeks in the RRC that would result from a modification or additional Public Law RRC placement to mitigate his reentry in terms of complying with the Family Court Order and beginning to provide payments to the courts and victims resulting from fulltime employment at ExxonMobile Corporation.

DEFENDANT Dunn has respect for AUSA Ollison's professional position to the upmost. However, DEFENDANT Dunn submits to the Court that I will spend the rest of my adult life seeking forgiveness and redemption through my works from God, family, community and government for the crimes that I committed and I alone.

DEFENDANT prays for consideration of this motion.

Signed this 19h day of April, 2013

James Earl Dunn Jr.

cc. U.S. Attorney's Office (Quincy Ollision, AUSA for the Southern District)

**BECKY BURKS**
CHIEF PROBATION OFFICER
515 RUSK AVE.
HOUSTON 77002

P. O. BOX 61207
HOUSTON 77208

Voice: (713) 250-5266
Fax: (713) 250-5092

Reply to: Houston

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
PROBATION OFFICE

April 15, 2013

600 EAST HARRISON STREET
# 103
BROWNSVILLE 78520-7122

1133 N. SHORELINE
SUITE 124
CORPUS CHRISTI 78401

POST OFFICE BOX 3636
ALICE 78333-3636

1300 VICTORIA, SUITE 2111
LAREDO 78040

POST OFFICE BOX 2670
GALVESTON 77553-2670

1701 WEST BUSINESS 83, SUITE 729
McALLEN 78501-5159

253 N. FM 3167
RIO GRANDE CITY 78582-6270

POST OFFICE BOX 125
VICTORIA 77902-0125

James Earl Dunn, Jr.
Reg. No. 66494-179
FCI El Reno
P.O. Box 1500
El Reno, OK 73036

RE:   **REQUEST FOR RRC PLACEMENT**

Mr. Dunn:

This office is in receipt of your written request for additional pre-release time, and expedited assignment to a residential re-entry center, (RRC) dated April 3, 2013. This office also acknowledges receipt of the attached divorce decree wherein you were ordered to pay child support. However, the United States Attorney General, by and through the Federal Bureau of Prisons, retains exclusive jurisdiction over matters including unit designation, good time calculation, and pre-release eligibility. This office is encouraged by your enthusiasm for returning to gainful employment and providing for your family; however, your request for additional pre-release time should be directed to your unit administrator through your assigned case manager.

We regret not being able to assist you further; however, if you have any questions, please contact the undersigned at the Houston, Texas, address listed above.

Respectfully Submitted,

*Robert A. Bartlett*
Robert A. Bartlett
United States Probation Officer

Approved for Submittal:

*Kenneth W. Fulfer*
Kenneth W. Fulfer, Supervising
United States Probation Officer

James Dunn 66494-179
Federal Correctional Institution
P.O. Box 1500
El Reno, OK 73036

⇔66494-179⇔
Judge Sim Lake
U.S. District Court
515 RUSK ST
Houston, TX 77002-2600
United States

77002262399

OKLAHOMA CITY OK 730
22 APR 2013 PM 5 L

United States Courts
Southern District of Texas
FILED

APR 24 2013

David J. Bradley, Clerk of Court