UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | NO. 4:10-CR-00040-1 |
| | § | |
| **JAMES EARL DUNN, JR.** | § | Hon. Judge Sim Lake |
| | § | |

**[PROPOSED] ORDER**

Defendant James Earl Dunn, Jr.'s Motion to early terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. Rule 32.1 is hereby GRANTED.

SIGNED on _____, 2016, at Houston, Texas.

_____
Sim Lake
United States District Judge