United States District Court
Southern District of Texas
**ENTERED**
October 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. 4:10-CR-00040-1 |
| JAMES EARL DUNN, JR. | § § § | Hon. Judge Sim Lake |

**[PROPOSED] ORDER**

Defendant James Earl Dunn, Jr.'s Motion to early terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. Rule 32.1 is hereby GRANTED.

SIGNED on __Oct. 5__, 2016, at Houston, Texas.

_____
Sim Lake
United States District Judge